1218

No. 87–517.   COE ET AL. v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 87–551.   MELGUIZO v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–1068.   OKLAHOMA TAX COMMISSION v. MUSCOGEE (CREEK) NATION ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 87–1152.   PUBLIC UTILITIES COMMISSION OF HAWAII ET AL. v. HAWAIIAN TELEPHONE CO.   C. A. 9th Cir.   Certiorari denied.

No. 87–1183.   CELOTEX CORP. ET AL. v. GOAD.   C. A. 4th Cir. Certiorari denied.

No. 87–1509.   HODDER v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 87–1541.   MAJOR, ADMINISTRATOR OF THE ESTATE OF SPRADLIN, ET AL. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 87–1566.   GUINAN v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 87–1667.   BELL v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 87–1761.   AMERICAN PRESIDENT LINES, LTD. v. ZACHRY-DILLINGHAM.   Ct. App. Tex., 4th Dist.   Certiorari denied.

No. 87–1764.   ALIMEG, INC. v. SHLIM ET AL.   Ct. App. Ore. Certiorari denied.

No. 87–1801.   ROBLES v. INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 87–1810.   WARREN ET AL. v. HALSTEAD INDUSTRIES, INC. C. A. 4th Cir.   Certiorari denied.

No. 87–1817.   FERREIRA ET AL. v. BRUCE'S SPLICING & RIGGING CO., INC.   C. A. Fed. Cir.   Certiorari denied.